# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SCOTTSBLUFF INN, LLC, a** <br> **Colorado limited liability company,** | ) <br> ) <br> ) | **CASE NO. 8:06CV318** |
| Plaintiff, | ) <br> ) | **ORDER** |
| v. | ) <br> ) | |
| **BANKIM M. PATEL,** | ) <br> ) | |
| Defendant. | ) | |

The matter before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 40). I find that the stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1.  The Joint Stipulation of Dismissal with Prejudice (Filing No. 40) is approved, and the relief requested therein is granted;

2.  All claims in this action are dismissed with prejudice; and

3.  The parties shall pay their own fees, costs, and expenses as stated in Filing No. 40.

DATED this 26th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge